UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CRAIG ANDREW MOSIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02777-JPH-MPB |
| | ) | |
| DOUG TATE Judge, | ) | |
| JEREMY A. PEELLE Attorney, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now

enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This

action is dismissed with prejudice.

**SO ORDERED.**

Date:  1/15/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: *Pam Pope*
Deputy Clerk


Distribution:

CRAIG ANDREW MOSIER
1605 S. Main St.
Kokomo, IN 46902

Terry Wayne Tolliver
BRATTAIN MINNIX GARCIA
Terry@BMGIndy.com

1